UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RUSSELL SELF,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN LAWSON, et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-210 |

**ENTRY OF DEFAULT**

It appearing that the Complaint was filed in this case on November 18, 2024; that the Summons and Complaint were duly served upon the Defendant, Christina Self, and no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Christina Self, as provided in Rule 55(a), Federal Rules of Civil Procedure.

LeAnna R. Wilson, CLERK

By: s/A. Waddell
Deputy Clerk